Andre Demar Gipson          x   TRIAL CASE NO. D-1-DC-07-302550
    Petitioner              x   COA NO. 03-12-00808-CR
    PRO. SE                 x
    APPELLATE               x      IN THE COURT OF
                            x       CRIMINAL APPEALS
                            x      AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

PD-0297-15

MOTION FOR FREE
COURT REPORTER RECORD / CLERK RECORD
TO DO A SUCCESSFUL (PDR)

JUSTICES OF THE COURT,

COMES NOW IN GOOD FAITH PETITIONER PRO SE ANDRE DEMAR
GIPSON BRINGS THIS MOTION FOR FREE COURT REPORTER RECORD
AND CLERK RECORD TO DO A SUCCESSFUL

FILED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

## HISTORY

PETITIONER CASE WAS AFFIRMED BY AN OPINION GIVEN BY THE
THIRD COURT OF APPEALS ON FEBRUARY 12, 2015. HE WAS INFORMED
BY HIS APPELLANT ATTORNEY PAUL M. EVANS THAT UNDER RULE 68
HE'S ENTITLED TO FILE A PRO. SE PETITION FOR DISCRETIONARY REVIEW.
PETITIONER DOES NOT HAVE THE TOOLS TO POINT TO THE RECORD
TO SHOW THIS HONORABLE COURT IN REGARDS TO THIS MATTER.
HE NEEDS THE COURT REPORTER RECORD AND THE CLERK RECORDS
TO DO HIS (PDR) HE CANT GO BY HIS MEMORY ALONE.

## AUTHORITIES OF LAW

PLEASE LOOK AT "EXHIBIT A" ATTACH THE THIRD COURT OF APPEALS
MODIFIED ITS JUDGMENT AND STATED BECAUSE APPELLANT IS
INDIGENT AND UNABLE TO PAY COSTS. NO ADJUDICATION
OF COSTS IS MADE.

AS A MATTER OF CONSTITUTIONAL EQUAL PROTECTION, AN
INDIGENT CRIMINAL DEFENDANT IS ENTITLED TO A FREE TRANSCRIPT
OF PRIOR PROCEEDINGS WHEN THAT TRANSCRIPT IS NEEDED FOR AN

(1)

effective defense or appeal. Britt v. North Carolina, 404 U.S. 226, 227, 92 S.Ct. 431, 433, 30 L.Ed 2d 400 (1971) (citing Griffin v. Illinois, 351 U.S. 12, 19, 76 S.Ct. 585, 591, 100 L.Ed. 891 (1956)); see also Armour v. State, 606 S.W. 2d. 891, 893, 894 (Tex. Crim. App. (Panel op.) 1980); Billie v. State, 605 S.W.2d 558, 560, 562 (Tex. Crim. App. 1980); also see Rule 20.2 (formerly Rule 53 (J)(2)) of the Texas Rules of Appellate Procedure is directed toward the implementation of that entitlement.

To obtain a free statement of facts, a prisoner must make a showing is not frivolous, and must demonstrate a specific need for the statement of facts. see. In re Petruccelli, ___ S.W. 3rd ___, 2008 Tex. App. Lexis 703 (Tex. App. 2008); In re Coronado 980 S.W. 2d. 691 (Tex. App. - San Antonio, 1998); Eubanks v. Mullin 909 S.W. 2d 574 (Tex. App. - Ft. Worth, 1995, no writ. Escobar v. State, 880 S.W. 2d 782 (Tex. App. Hous. (1 Dist.) 1993]

This Honorable Court must assure the indigent defendant has an adequate opportunity to present his claims fairly in the context of the state's appellate process. United States v. MacCollom, 426 U.S. at 328, 96 S.Ct. at 2093 (quoting Ross v. Moffitt, 417 U.S. 600, 616, 94 S.Ct. 2437, 2447, 41 L.Ed. 2d 341 (1979)

Petitioner has shown the need of the records tools to file a (PDR)

## Prayer

Petitioner prays for this Hon. Justice Courts to provide the tools needed to do a (PDR)

## Certificate of Service

On this 3-11-15 he sent this motion to Court of Criminal Clerk Louise Pearson by mail from the Connally unit 899 FM 632 Kenedy TX 78119.

Sincerely
Andrew
Derran
Mitchem
3-11-15

EXHIBIT A"
ATTACH

(1) Judgment rendered Feb. 12, 2015 stating petitioner is indigent and unable to pay costs, no Adjudication of costs is made

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 12, 2015

## NO. 03-12-00808-CR

**Andre Demar Gipson, Appellant**

v.

**The State of Texas, Appellee**

## APPEAL FROM 331ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PEMBERTON, GOODWIN, AND FIELD
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's judgment of conviction but that there was error requiring correction. Therefore, the Court modifies the trial court's judgment as follows: to change the phrase "29.03 Health and Safety Code" to "29.03 Penal Code;" and to reflect that appellant pleaded true to an enhancement allegation. The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

Andre Demar Gipson          x    TRIAL CASE NO. 0-1-DC-07-302550
     Petitioner             x    COA NO. 03-12-00808-CR
     Pro, Se                x
     Appellate              x         IN THE COURT OF
                            x         CRIMINAL APPEALS AT
                            x         AUSTIN TEXAS

                            ORDER SETTING ON MOTION
                            FOR A FREE COURT REPORTER
                            RECORD. / CLERK RECORD TO DO
                                 A CPOR)

ON THIS DAY OF _____ 2015, SAID MOTION WAS
HEARD BY THE JUSTICES OF THE COURT AND IT IS
HEREBY.

☐    _____,2015
          GRANTED


☐        OR _____,2015
              DENIED



         _____
              PRESIDING JUSTICES